**DAVID M. REAVES**
Chapter 12 Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>STEVIE L. STEELMAN SR., and<br>CHERYL L. STEELMAN,<br><br>Debtors. | Case No. 4:09-bk-33965-BMW<br><br>Chapter 12<br><br>**TRUSTEE'S INTERIM REPORT THROUGH JULY 17, 2020** |

DAVID M. REAVES, Chapter 12 trustee herein, respectfully submits the following interim report:

1. **FILING DATE:** This case was originally commenced on December 31, 2009, as a Chapter 11 case, and was converted to Chapter 12 on January 6, 2011.

2. **SECTION 341a MEETING OF CREDITORS:** The Debtors' 341(a) Meeting of Creditors was held and concluded on April 12, 2011.

3. **CHAPTER 12 PLAN:** On March 18, 2011, the Debtors filed their Chapter 12 plan, and a Stipulated Order confirming the Debtors' Chapter 12 plan was entered on January 5, 2012.

4. **PLAN PAYMENTS:** Pursuant to the Stipulated Order confirming the Chapter 12 plan, the Debtors were to be making monthly payments of $172.88. The Debtors have completed their plan payments.

5. **PLAN DISTRIBUTIONS:** The Trustee has receipted funds in the total sum of $11,984.80, and disbursed a total of $11,984.80 (including bank fees paid), leaving a balance of $0 held by the estate as of the date of this report. Attached as Exhibit "A" is a specific detail of all receipts and disbursements from the estate. All distributions under the plan have been made, including the final distribution to general unsecured creditors.

6. **DISCHARGE:** This matter is being jointly administered with the related case of Steelman Enterprises, 4:09-bk-33962-BMW. Business creditors were to be paid through the Steelman Enterprises plan. The individual debtors in this case also were to pay certain individual debts through their own plan. The Debtors have completed all plan payments in this case, and all payments under the Steelman Enterprises Chapter 12 Plan have been completed. Trustee has distributed all funds held in connection with this case as well as the Steelman Enterprises case. Because the two plans are tied to each other, with the Debtors' personal obligations for the business debts contingent upon payment in the Steelman Enterprises matter, the Debtors are now entitled to a discharge and this case may be closed.

Dated this 17th day of July, 2020.

By: /s/ *David M. Reaves*
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED/EMAILED
this 17th day of July, 2020, to:

Stevie L. Steelman, Sr.
Cheryl L. Steelman
808 East Shadow Lane
Casa Grande, Arizona 85122
Debtors

Steelman Enterprises, LLC
Stevie Steelman, Jr.
ssfarmpartners@yahoo.com

Kelly G. Black
kgb@arizonabankruptcycounsel.com

Office of the U.S. Trustee
USTPRegion14.PX.ECF@usdoj.gov

/s/ *David M. Reaves*