In re:  
STEVIE L STEELMAN  
CHERYL L STEELMAN  
    Debtors

Case No. 09-33965-BMW  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0970-4      User: vanegasv      Page 1 of 2      Date Rcvd: Jul 21, 2020  
                                 Form ID: 3180F      Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.

```
db/jdb         +STEVIE L STEELMAN, SR,    CHERYL L STEELMAN,    808 EAST SHADOW LANE,
                 CASA GRANDE, AZ 85122-1755
aty            +ALAN 1 LEVINSKY,    BUCHALTER NEMER,    16435 North Scottsdale Road,    Suite 440,
                 Scottsdale, AZ 85254-1754
aty            +ALAN M. LEVINSKY,    BUCHALTER NEMER,    16435 North Scottsdale Road, Suite 440,
                 Scottsdale, AZ 85254-1754
aty           #+GREGORY JOHN GNEPPER,    GAMMAGE & BURNHAM, PLC,    TWO NORTH CENTRAL, 15TH FLOOR,
                 PHOENIX, AZ 85004-0934
aty            +HILARY B. BONIAL,    Bonial & Associates, P.C.,    PO Box 9013,    Addison, TX 75001-9013
aty           #+KEVIN J. BLAKLEY,    GAMMAGE & BURNHAM, P.L.C.,    TWO N. CENTRAL AVE.,    15TH FLOOR,
                 PHOENIX, AZ 85004-0934
aty            +KYLE 1 SHELTON,    PITE DUNCAN LLP,    4375 JUTLAND DRIVE, SUITE 200,    PO BOX 17933,
                 SAN DIEGO, CA 92177-7921
aty            +RONALD M. HORWITZ,    JABURG & WILK, P.C.,    3200 NORTH CENTRAL AVENUE #2000,
                 PHOENIX, AZ 85012-2463
cr             +CROP PRODUCTION SERVICES, INC.,    GAMMAGE & BURNHAM,    C/O KEVIN J. BLAKLEY,
                 TWO NORTH CENTRAL,    18TH FLOOR,    PHOENIX, AZ 85004-0934
cr             +GREEN TREE SERVICING LLC as servicer for THE BANK,    JABURG & WILK,    C/O RONALD M. HORWITZ,
                 3200 N. CENTRAL AVE.,    SUITE 2000,    PHOENIX, AZ 85012-2463
cr             +Nationstar,    C/O Leonard McDonald,    2525 E. Camelback Road,    Suite 300,
                 Phoenix, AZ 85016-4237
cr             +TCF Equipment Finance, Inc.,    c/o Costello Law Firm,    2999 North 44th Street, Suite 600,
                 Phoenix, AZ 85018-7253
8793400        +CENTRAL IMPLEMENT INC,    500 N ELEVEN MILE CORNER RD,    CASA GRANDE AZ 85194-7238
8793401         CNH CAPITAL,    PO BOX 1083,    EVANSVILLE IN 47706-1083
8799825        +CROP PRODUCTION SERVICES,    GAMMAGE & BURNHAM,    KEVIN J. BLAKLEY,
                 TWO NORTH CENTRAL, 18TH FLOOR,    PHOENIX, AZ 85004-0934
8793402         CROP PRODUCTION SRVS INC,    PO BOX 1286,    GREELEY CO 80632-1286
10589180        Central Implement, Inc.,    c/o Fitzgibbons Law Offices, PLC,    P.O. Box 11208,
                 Casa Grande, AZ 85130-0148
8968303        +FORD MOTOR CREDIT COMPANY LLC,    c/o ALAN M. LEVINSKY,    BUCHALTER NEMER,
                 16435 N. SCOTTSDALE RD., #440,    SCOTTSDALE, ARIZONA 85254-1754
8785250         GMAC MORTGAGE,    PO BOX 961247,    FORT WORTH TX 76161-0247
8808978        +GMAC Mortgage, LLC,    c/o Pite Duncan, LLP,    4375 Jutland Drive, suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
8785251        +GREAT WESTERN BANK,    500 N MAIN STREET,    ELOY AZ 85131-2516
11270753        Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0049
8793403         HOME DEPOT CREDIT SERIVES,    PO BOX 182676,    COLUMBUS OH 43218-2676
8793404         JOHN DEERE CREDIT,    6400 NW 86TH STREET,    PO BOX 6600,    JOHNSTON IA 50131-6600
8793406        +KEVIN BLAKLEY, ESQ.,    GAMMAGE & BURNHAM, PLLC,    2 N CENTRAL AVE - 18TH FL,
                 PHOENIX AZ 85004-2322
8793407        +M & S EQUIPMENT/CASE IH DLRSHP,    7810 N HW 87,    PO BOX 2119,    COOLIDGE AZ 85128-0038
8793408         NAEDA FINANCIAL LTD,    PO BOX 95662,    CHICAGO IL 60694-5662
8878657        +NAEDA FINANCIAL LTD L.P.,    GROSS & WELCH PC ATTN SHERYL L LOHAU,
                 2120 SOUTH 72ND STREET SUITE 1500,    OMAHA NEBRASKA 68124-6316
8785253         NATION STAR MORTGAGE,    PO BOX 6508783,    DALLAS TX 75265-0783
8807062         Nationstar Mortgage,    P.O. Box 829009,    Dallas, TX 75382-9009
10592613       +Nationstar Mortgage,    c/o Leonard McDonald,    2525 E. Camelback Road,    Suite 300,
                 Phoenix, AZ 85016-4237
8793410        +SARITA AERIAL CONTRACTORS INC,    PO BOX 266,    COOLIDGE AZ 85128-0005
9023204        +TCF Equipment Finance, Inc.,    c/o Costello Law Firm,    2999 North 44th Street, Suite 600,
                 Phoenix, Arizona 85018-7253
8793412        +TRIMBLE FINANCIAL SERVICES,    3893 RESEARCH PARK DRIVE,    ANN ARBOR MI 48108-2217
15856574        U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr              EDI: QDMREAVES.COM Jul 22 2020 05:53:00    DAVID M. REAVES,    PO BOX 44320,
                 PHOENIX, AZ  85064-4320
smg             EDI: AZDEPREV.COM Jul 22 2020 05:53:00    AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr             +EDI: RECOVERYCORP.COM Jul 22 2020 05:53:00    RECOVERY MANAGEMENT SYSTEMS CORPORATION,
                 25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
8793399         E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Jul 22 2020 02:38:14    AGRI CREDIT ACCEPTANCE LLC,
                 8001 BIRCHWOOD COURT,    PO BOX 2000,    JOHNSTON IA 50131-0020
8785249         EDI: FORD.COM Jul 22 2020 05:53:00    FORD CREDIT,    POB 7172,    PASADENA CA 91109-7172
10097270        EDI: FORD.COM Jul 22 2020 05:53:00    Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit  MI  48255-0953
8785252         EDI: IRS.COM Jul 22 2020 05:53:00    INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,    PHILADELPHIA PA 19114-0326
8793405         EDI: JPMORGANCHASE Jul 22 2020 05:53:00    JP MORGAN CHASE,    PO BOX 29550,
                 PHOENIX AZ 85038-9550
8785254         E-mail/Text: bankruptcy@pinal.gov Jul 22 2020 02:35:42    PINAL COUNTY TREASURER,    POB 729,
                 FLORENCE AZ 85232
```

```
District/off: 0970-4          User: vanegasv            Page 2 of 2            Date Rcvd: Jul 21, 2020
                              Form ID: 3180F            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
8894086        EDI: RECOVERYCORP.COM Jul 22 2020 05:53:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8793411       +E-mail/Text: bankruptcynotices@tcfef.com Jul 22 2020 02:37:00       TCF EQUIPMENT FINANCE,
                11100 WAYZATA BLVD,    SUITE 801,    HOPKINS MN 55305-5503
8847104       +EDI: GMACFS.COM Jul 22 2020 05:53:00      The Bank of New York Mellon Trust Company,
                c/o GMAC Mortgage, LLC,    ATTN: Bankruptcy Department,    1100 Virginia Drive,
                Ft. Washington, PA 19034-3276
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             FORD MOTOR CREDIT COMPANY LLC
cr             GMAC MORTGAGE, LLC
aty*           DAVID M. REAVES,    PO BOX 44320,    PHOENIX, AZ   85064-4320
cr*           +GMAC Mortgage, LLC,    c/o Pite Duncan, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
cr*            Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL  60055-0049
cr*           +Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX 75382-9009
cr*            U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609
8889983*       GREAT WESTERN BANK,    500 N MAIN STREET,    ELOY AZ  85131-2516
8793409      ##+QUICK GRAIN CORPORATION,    PARAGON PLAZA SUITE C125,    5333 N 7TH STREET,
                PHOENIX AZ 85014-2815
                                                                                        TOTALS: 2, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
```
              ALAN R. COSTELLO    on behalf of Creditor    TCF Equipment Finance, Inc. acostello@costello-law.com,
                lmontee@costello-law.com
              DAVID M. REAVES    trustee@reaves-law.com,   dreaves@ecf.axosfs.com,karnold@reaves-law.com
              DAVID M. REAVES    on behalf of Trustee DAVID M. REAVES trustee@reaves-law.com,
                dreaves@ecf.axosfs.com,karnold@reaves-law.com
              JANESSA ERIN KOENIG    on behalf of Creditor    GREEN TREE SERVICING LLC as servicer for THE BANK
                OF NEW YORK MELLON TRUST COMPANY, N.A., as INDENTURE TRUSTEE OF GMACM HOME EQUITY LOAN TRUST,
                SERIES 2007-HE2 jkoenig@vinlaw.com
              JOSEPHINE E SALMON    on behalf of Creditor    GMAC MORTGAGE, LLC ecfazb@aldridgepite.com,
                jes@ecf.courtdrive.com
              LEONARD 2 MCDONALD, JR.    on behalf of Creditor    Nationstar ecf@tblaw.com
              LEONARD 3 MCDONALD, JR.    on behalf of Creditor    Nationstar ecf@tblaw.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **STEVIE L STEELMAN SR** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–9396** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **CHERYL L STEELMAN** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–5727** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Arizona** | | |
| Case number:  **4:09–bk–33965–BMW** | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

STEVIE L STEELMAN SR                CHERYL L STEELMAN

7/21/20                **By the court:**  Brenda Moody Whinery
                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F          **Chapter 12 Discharge**          page 2